# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRYON K. CHAMP, #B39776, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 19-cv-00263-SMY |
| SHIRLEY FORCUM, BREE BARNETT and NAGESWARARAO VALLABHANENI, | ) |
| Defendants. | ) |

## ORDER

**YANDLE, District Judge:**

This matter is before the Court on a Motion to Set Aside Default (Doc. 30) filed by Defendants Shirley Forcum and Bree Barnett and a Motion for Default Judgment filed by Plaintiff (Doc. 28). The Court screened Plaintiff's First Amended Complaint under 28 U.S.C. § 1915A on June 11, 2019. (Doc. 17). Pursuant to the Screening Order, Defendants were initially sent requests for Waivers of Service of Summons and then served with this lawsuit on August 1, 2019. (Docs. 18, 21). Their responsive pleadings were due August 22, 2019. (Doc. 22).

Defendants failed to move, answer, or otherwise plead in response to the First Amended Complaint. As a result, the Court entered an Order on September 18, 2019 directing the Clerk of Court to enter default against Defendants in accordance with Federal Rule of Civil Procedure 55(a). (Doc. 26). Plaintiff filed a Motion for Default Judgment (Doc. 28) on September 23, 2019, and Defendants filed a Motion to Set Aside Default (Doc. 30) on September 27, 2019.

"A party seeking to vacate an entry of default prior to the entry of judgment must show: (1) good cause for the default; (2) quick action to correct it; and (3) a meritorious defense to the complaint." *Cracco v. Vitran Express, Inc.*, 559 F.3d 625, 630-31 (7th Cir. 2009) (citations

omitted); FED. R. CIV. P. 55(c). Defendants have satisfied the requirements for setting aside the default. Their failure to file a responsive pleading was inadvertent. (Doc. 30, pp. 1-2). They acted quickly to correct default by filing the "Motion to Set Aside Default" on September 27, 2019, three days after learning of this case. (*Id*.). They are reviewing the merits of the case at this time. (*Id*.). Under the circumstance, Defendants' Motion to Set Aside Default (Doc. 30) is **GRANTED** and Plaintiff's Motion for Default Judgment (Doc. 28) is **DENIED**. The Entry of Default is **VACATED**. Defendants shall file their responsive pleadings no later than **November 11, 2019**.

**IT IS SO ORDERED.**

**DATED: 10/1/2019**

s/ STACI M. YANDLE
**STACI M. YANDLE**
**United States District Judge**